**Jose Vicente SANCHEZ, Plaintiff—Appellant,**

v.

**MINSON CORPORATION, Defendant—Appellee.**

No. 03–56054.

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 26, 2004.

Jose Vicente Sanchez, Paramount, CA, pro se.

Howard M. Knee, Esq., Jamie Rudman, Esq., Knee & Ross, Los Angeles, CA, for Defendant–Appellee.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

## MEMORANDUM **

Jose Vicente Sanchez appeals pro se from the district court's order dismissing his employment discrimination action for failure to prosecute. We review for abuse of discretion a dismissal for failure to timely serve the summons and complaint, *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir.1994), and we affirm.

The district court properly dismissed the action without prejudice to refiling, because Sanchez failed properly to serve a summons and complaint on the defendant corporation within 120 days, *see* Fed. R.Civ.P. 4(k); Cal. Civ. Proc. §§ 415.10 & 415.20, or show good cause for this failure, *see* Fed.R.Civ.P. 4(m); *Hamilton v. Endell*, 981 F.2d 1062, 1065 (9th Cir.1992) ("inadvertent error or ignorance of governing rules alone will not excuse a litigant's failure to effect timely service.").

To the extent that we construe Sanchez's opening brief to move for appointment of counsel, we deny this motion, because a review of the record indicates that this appeal lacks sufficient merit to warrant the appointment of counsel. *See Bradshaw v. Zoological Soc'y of San Diego*, 662 F.2d 1301, 1318 (9th Cir.1981).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).